1  Rhett T. Francisco, Esq. (SBN 232749)
2  RFrancisco@ejlglaw.com
3  Kaveh S. Elihu, Esq. (SBN 268249)
   kelihu@ejlglaw.com
4  Daniel J. Friedman, Esq. (SBN 289670)
5  dfriedman@ejlglaw.com
   **EMPLOYEE JUSTICE LEGAL GROUP, P.C.**
6  3055 Wilshire Boulevard, Suite 1120
7  Los Angeles, California 90010
   Telephone: (213) 382-2222
8  Facsimile: (213) 382-2230
9
10 Attorneys for Plaintiff,
   DOMINIQUE WASHINGTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DOMINIQUE WASHINGTON, an individual, | CASE NO. CV 19-05226-MWF-(KSx) |
|---|---|
| Plaintiff, | **PLAINTIFF'S WITNESS LIST** |
| v. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 20, inclusive, | |
| Defendants. | |

-1-
PLAINTIFF WITNESS LIST

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Dominique Washington<br>908 W. 134th Pl.<br>Compton, CA 90222<br>(310) 493-9209 | Will testify as to all claims, allegations and damages related thereto | 2 | | |
| Montanique Washington<br>908 W. 134th Pl.<br>Compton, CA 90222<br>(562) 225-1268 | Plaintiff's mother, who will testify as to Plaintiff's emotional distress. | .5 | | |
| Bridget Buford<br>908 W. 134th Pl.<br>Compton, CA 90222<br>(424) 232-9624 | Plaintiff's sister who will testify as to Plaintiff's emotional distress and facts related to the day Plaintiff was notified of her termination. | .5 | | |
| Maury Washington<br>908 W. 134th Pl.<br>Compton, CA 90222<br>(310) 387-3914 | Plaintiff's father who will testify as to Plaintiff's emotional distress. | .5 | | |

PLAINTIFF WITNESS LIST

| | | | | |
|---|---|---|---|---|
| Christina Cummings, M.D. 8520 S. Broadway, Los Angeles, CA 90003-3335, (800) 576-5544 | Will testify as to Plaintiff's emotional distress. | .5 | | |
| Stephen Huynh-Hai Phan, M.D. 9333 Imperial Hwy Downey CA.90242 562-461-30:00 | Will testify to Plaintiff's work status | .5 | | |
| Jennifer Elizabeth Blanco, M.D. 9333 Imperial HWY, Downey, CA 90242, (562) 461-3000 | Will testify as to Plaintiff's pregnancy and treatment/condition related thereto. | .5 | | |
| Ginger Helene Riley, M.D. 9400 Rosecrans Ave., Bellflower, CA 90706, (562) 461-3000 | Will testify as to Plaintiff's pregnancy and treatment/condition related thereto | .5 | | |
| Min-Hui Chen, | Will testify as to Plaintiff's | .5 | | |

| | | | | | |
|---|---|---|---|---|---|
| M.D.<br>9449 Imperial Hwy, Downey, CA 90242,<br>(800) 823-4040 | pregnancy and treatment/condition related thereto | | | | |
| Nicolae Tudorica, M.D.<br>9333 Imperial HWY, Downey, CA 90242, (800) 823-4040 | Will testify as to Plaintiff's pregnancy and treatment/condition related thereto | .5 | | | |
| Kayla Lannon<br><br>(RNP) 8520 S. Broadway, Los Angeles, CA 90003-3335, (213) 284-3124 | Will testify as to Plaintiff's pregnancy and treatment/condition related thereto | .5 | | | |
| Anthony Reading, Ph. D.<br><br>462 N. Linden Dr. #445, Beverly Hills, CA 90212, (310) 276-3545 | As Plaintiff's designated expert, Dr. Reading will testify as to Plaintiff's emotional damages sustained | .5 | | | |
| Tamorah Hunt, | As Plaintiff's designated | .5 | | | |

-4-

PLAINTIFF WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| 1<br>2<br>3<br>4<br>5 | Ph. D. | expert, Dr. Reading will testify as to Plaintiff's emotional damages sustained | | | |
| 6<br>7<br>8 | **WITNESSES FOR DEFENDANT** | | | | |
| 9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | Casey Robledo | FRE 776- Plaintiff's supervisor who will testify as to knowledge surrounding alleged disability, Plaintiff's request for medical leave, discipline of plaintiff, and termination of Plaintiff. | 1.5 | | |
| 19<br>20<br>21 | Alejandro Nunez | FRE 776- Plaintiff's Manager who will testify as to the termination | 1.0 | | |
| 22<br>23<br>24<br>25<br>26<br>27<br>28 | Melissa Madrid | FRE 776- A supervisor who will testify as to the termination, discipline of plaintiff, and Plaintiff's communications regarding medical leave | 1.0 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 | Stephanie Bellamy | FRE 776 – Human Resources Representative and Company representative familiar with Defendant's reason for termination, progressive discipline policy, attendance policy, and Anti-Discrimination, Anti-Retaliation, Disability related accommodations policies and procedures | 1.0 | | |
| 15 16 17 18 19 | Eva Rodriguez | FRE 776 – Human Resources Personnel who authorized Plaintiff's termination | .5 | | |
| 20 21 22 23 | Jeff Tilley | FRE 776- Manager who authorized Plaintiff's termination | .5 | | |
| 24 25 26 27 28 | Matthew Scianni | Plaintiff's former supervisor who will testify re awards Plaintiff received and the fact that Plaintiff communicated with him when | .5 | | |

| | | | | | |
|---|---|---|---|---|---|
| | | she had issues. | | | |
| | Lorena Quinonez | FRE 776- Office staff who sent emails to Plaintiff's supervisor's when she called in requesting time off to deal with her pregnancy related disability. | .5 | | |
| | Brenda Reyes | FRE 776- Office staff who sent emails to Plaintiff's supervisor's when she called in requesting time off to deal with her pregnancy related disability | .5 | | |
| | Freddy Bahena | FRE 776 – Manager who instructed supervisor to write up Plaintiff. | .5 | | |
| | Daisy Contreras | FRE 776- Office staff who sent emails to Plaintiff's supervisor's when she called in requesting time off to deal with her pregnancy related disability | | | |

Respectfully Submitted,

| | |
|---|---|
| DATED: June 1, 2021 | **EMPLOYEE JUSTICE LEGAL GROUP, P.C.** |
| | By: /s/ Daniel Friedman |
| | Kaveh S. Elihu, Esq. |
| | Rhett T. Francisco, Esq. |
| | Daniel J. Friedman, Esq. |
| | Attorneys for Plaintiff |
| | DOMINIQUE WASHINGTON |

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 3055 Wilshire Boulevard, Suite 1100, Los Angeles, California 90010.

On June 1, 2021, I served the foregoing document described on the attached **PLAINTIFF'S WITNESS LIST**

 on the interested parties in this action as follows:

Shaun J. Voigt, Esq.          *Attorney for Defendants*
Fisher & Phillips LLP
444 South Flower Street, Suite 1500
Los Angeles, CA 90071
svoigt@fisherphillips.com

☒ BY CM/ECF: With the Clerk of the United States District Court of California, using the CM/ECF System. the Court's CM/ECF System will send an e-mail notification of the foregoing filing to the foregoing parties and counsel of record who are registered with the Court's CM/ECF System.

Executed on June 1, 2021, at Los Angeles, California.

☒ FEDERAL  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Bryant Gamez            /s/ Bryant Gamez