1  REGINA A. PETTY, SBN 106163
   rpetty@fisherphillips.com
2  SHAUN J. VOIGT, SBN 265721
   svoigt@fisherphillips.com
3  SEAN F. DALEY, SBN 272493
   sdaley@fisherphillips.com
4  FISHER & PHILLIPS LLP
   444 South Flower Street, Suite 1500
5  Los Angeles, California 90071
   Telephone: (213) 330-4500
6  Facsimile: (213) 330-4501

7  Attorneys for Defendant
   FEDEX GROUND PACKAGE SYSTEM, INC.
8

9              UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

| 12 | DOMINIQUE WASHINGTON, | Case No: 2:19-cv-05226-MCS-KS |
|---|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION *IN LIMINE* NO. 1 TO BIFURCATE PUNITIVE DAMAGES FROM LIABILITY AND EXCLUDE ALL ARGUMENT AND EVIDENCE REGARDING REFERENCE TO DEFENDANT'S PROFITS OR FINANCIAL CONDITION IN FRONT OF JURY** |
| 14 | v. | |
| 15 | FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES through 20, inclusive,, | |
| 16 | | |
| 17 | Defendant. | |
| 18 | | |
| 19 | | Final Pretrial Conference |
| 20 | | |
| 21 | | Date: June 21, 2021<br>Time: 2:00 p.m.<br>Location: United States Courthouse<br>350 W. First Street<br>Courtroom 7C, 7th Floor<br>Los Angeles, CA 90012 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | Complaint Filed: May 14, 2019<br>Trial Date: July 13, 2021 |

1

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* NO. 1

Defendant FedEx Ground Package System, Inc.'s ("Defendant" or "FedEx Ground") Motion *in Limine* No. 1 to Bifurcate Punitive Damages from Liability and Exclude All Argument and Evidence Regarding Reference to Defendant's Profits or Financial Condition in Front of Jury ("Motion"), came on for hearing on June 21, 2021.

The Court, having reviewed and fully considered the Motion and the parties' papers, arguments and other matters raised before and during the hearing, hereby ORDERS that:

FedEx Ground's Motion is GRANTED.

1. The punitive damages phase of this action, if any, is bifurcated from the trial of all other phases of this action so as to hear the issue of punitive damages after all other issues of liability and damages are tried, and only if a specific finding has been made by the trier of fact that FedEx Ground is liable to Plaintiff Dominique Washington ("Plaintiff") for actual damages and that, by clear and convincing evidence, an officer, director, or managing agent of FedEx Ground is guilty of oppression, fraud, or malice; and

2. Plaintiff, her counsel and any witnesses she may call or examine shall be precluded from (i) mentioning her claims for punitive damages to the jury during the liability phase, (ii) making reference to, or introducing evidence of, FedEx Ground's purported "punitive" conduct, and (iii) making reference to, or introducing evidence of FedEx Ground's financial condition during the liability phase of the trial.

IT IS SO ORDERED.

Dated: _____  _____
                                    Hon. Mark C. Scarsi

# PROOF OF SERVICE
## (CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 1, 2021, I served the foregoing document entitled **[PROPOSED] ORDER GRANTING DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S MOTION *IN LIMINE* NO. 1 TO BIFURCATE PUNITIVE DAMAGES FROM LIABILITY AND EXCLUDE ALL ARGUMENT AND EVIDENCE REGARDING REFERENCE TO DEFENDANT'S PROFITS OR FINANCIAL CONDITION IN FRONT OF JURY** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Kaveh S. Elihu, Esq.<br>EMPLOYEE JUSTICE LEGAL GROUP<br>3055 Wilshire Boulevard, Suite 1120<br>Los Angeles, CA 90010 | Attorney for Plaintiff<br>DOMINIQUE WASHINGTON<br><br>Tel: 213.382.2222<br>Fax: 213.382.2230<br>E-mail: kelihu@ejlglaw.com;<br>dfriedman@ejlglaw.com;<br>hortiz@ejlglaw.com |

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed above.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Express Network, whose business address is 1605 W. Olympic Boulevard, Suite 800, Los Angeles, CA 90015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 1, 2021, at Los Angeles, California.

Mayra Hernandez
Print Name

By: /s/Mayra Hernandez
Signature