Kaveh S. Elihu, Esq. (SBN 268249)
Rhett T. Francisco, Esq. (SBN 232749)
Daniel J. Friedman, Esq. (SBN 289670)
EMPLOYEE JUSTICE LEGAL GROUP, P.C.
3055 Wilshire Boulevard, Suite 1120
Los Angeles, California 90010
Telephone: (213) 382-2222
Facsimile: (213) 382-2230

Attorneys for Plaintiff,
DOMINIQUE WASHINGTON


REGINA A. PETTY, SBN 106163
rpetty@fisherphillips.com
SHAUN J. VOIGT, SBN 265721
svoigt@fisherphillips.com
SEAN F. DALEY, SBN 272493
sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE WASHINGTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-05226-MCS-(KSx)<br>Removed from Los Angeles Superior Court Action No. 19STCV16767<br><br>**JOINT EXHIBIT LIST**<br><br>Final Pre-Trial Conference<br>Date: June 21, 2021<br>Time: 2:00 p.m.<br>Dept: 7C<br><br>Action filed: May 14, 2019<br>Trial date: July 13, 2021 |

# JOINT TRIAL EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26 and Local Rule 16-6.1, Plaintiff Dominique Washington and Defendant FedEx Ground Package System, Inc. ("FedEx Ground") hereby submit their Joint Trial Exhibit List. **PLAINTIFF'S POTENTIAL EXHIBITS**

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1. | Medical Work Status Report dated 4/23/2017 Encounter – placed off work From 4/24/2017 – 4/26/2017 WASH0020 | | | |
| 2. | 4/24/2017 internal Fed Ex email re Doctor's note FXG 00415 | | | |
| 3. | 4/26/2017 internal Fed Ex email re Plaintiff returning to work FXG00416 | | | |
| 4. | 4/26/2017 internal email from Melissa Madrid re terminate (FXG00418) | | | |
| 5. | 4/26/2017 internal email from Melissa Madrid re suspension(FXG00419) | | | |
| 6. | 5/8/2017 internal Fed Ex email re Plaintiff going to urgent care FXG00420 | | | |
| 7. | 5/8/2017 Package Handler Document | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
|  | Discussion FXG00014 |  |  |  |
| 8. | 5/9/2017 internal email from Alejandro Nunez (FXG00421) |  |  |  |
| 9. | 5/9/2017 internal Fed Ex email re Plaintiff is ill (FXG00424) |  |  |  |
| 10. | 5/9/2017 internal email from Alejandro Nunez (FXG00425) |  |  |  |
| 11. | 5/9/2017 email from Freddy Bahena re attendance (FXG00422-423) |  |  |  |
| 12. | 5/9/2017 email from Freddy Bahena re unexcused absence (FXG00426-427) |  |  |  |
| 13. | 5/9/2017 Package Handler Document Discussion (FXG00013) |  |  |  |
| 14. | 5/10/2017 Package Handler Document Discussion FXG00015 |  |  |  |
| 15. | 5/11/2017 internal email re Plaintiff called out sick (FXG00428) |  |  |  |
| 16. | 5/11/2017 Employee Separation Form FXG00011-12 |  |  |  |
| 17. | Medical Work Status Report dated 5/12/2017 placed off work |  |  |  |

2
JOINT EXHIBIT LIST

FP 40666955.1

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | from 5/10-5/12 WASH00018-19 | | | |
| 18. | 5/12/2017 Final Paycheck (FXG00018) | | | |
| 19. | 5/15/2017 internal email re checks (FXG00429) | | | |
| 20. | 5/15/2017 email re Plaintiff call in sick (FXG00430) | | | |
| 21. | 5/15/2017 email from Nunez forwarding call in sick email (FXG00431) | | | |
| 22. | 5/15/2017 email from Nunez re make sure give them a call (FXG00432) | | | |
| 23. | 5/15/2017 Contact Documentation Log for Final Pay (FXG00016) | | | |
| 24. | 5/16/2017 California Employee Change In Status Notification (Involuntary Termination) (FXG00017) | | | |
| 25. | Timecard Detail for Dominique Washington (FXG00112) | | | |
| 26. | Timecard Detail for Casey Robledo (FXG00110) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 27. | Timecard Detail for Alejandro Nunez (FXG00109) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 28. | Timecard Detail for Melissa Madrid (FXG00111) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 29. | 5/19/2017 Consent To Operate (WASH00023-24) | | | |
| 30. | Package Handler Attendance (FXG 00104-108) | | | |
| 31. | Package Handler Job Description (FXG00060-63) | | | |
| 32. | Anti-Harassment and Anti-Discrimination Policy (FXG 00099-103) | | | |
| 33. | Nunez Documented Discussion dated 5/30/2016 re violation of anti-discrimination policy (FXG00125-126) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 34. | Nunez Documented Discussion dated 5/10/2017 re MyTime (FXG00131-132) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 35. | Robledo Documented Discussion dated 3/23/2015 re attendance (FXG00296-298) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 36. | Robledo Documented Discussion dated 2/6/2019 re attendance (FXG00284) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 37. | Robledo Documented Discussion dated 3/13/2019 re attendance (FXG00286) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 38. | Robledo Documented Discussion dated 3/19/2019 re attendance (FXG00288) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 39.\ | Robledo Documented Discussion dated 3/25/2019 re attendance (FXG00246-247) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 40. | Robledo Documented Discussion dated 4/23/2019 re attendance (FXG00248-249) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 41. | Robledo Documented Discussion dated 7/30/2019 re | FRE 402 (Irrelevant); FRE 403 (Not | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | attendance (FXG00254-255)) | probative); FRE 803 (Hearsay) | | |
| 42. | Madrid Documented Discussion dated 8/28/2014 re attendance (FXG00376) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 43. | Madrid Documented Discussion dated 10/1/2014 re attendance (FXG00377-378) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 44. | Madrid Documented Discussion dated 7/8/2015 re attendance (FXG00374-375) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 45. | Madrid Documented Discussion dated 7/31/2015 re attendance (FXG00379) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 46. | Madrid Documented Discussion dated 9/4/2015 re attendance (FXG00381) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 47. | Madrid Documented Discussion dated 9/8/2015 re attendance (FXG00385-387) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 48. | Madrid Documented Discussion dated 9/16/2015 re attendance (FXG00380) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 49. | Madrid Documented Discussion dated 10/8/2015 re attendance (FXG00383) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 50. | Madrid Documented Discussion dated 10/16/2015 re attendance (FXG00382) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 51. | Madrid Documented Discussion dated 1/10/2017 re MyTime (FXG00363-364) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 52. | Madrid Documented Discussion dated 1/3/2019 re attendance (FXG00354-366)4 | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 53. | Madrid Documented Discussion dated 2/7/2019 re Attendance(FXG000367-368) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 54. | Dominique Washington Gold Certificates of Recognition | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (WASH00021, WASH00041) | | | |
| 55. | Expert Witness Report of Dr. Anthony Reading | | | |
| 56. | Supplemental Expert Witness Report of Dr. Anthony Reading | | | |
| 57. | Expert Witness Report of Dr. Tamorah Hunt | | | |
| 58. | Supplemental Expert Witness Report of Dr. Anthony Reading | | | |

Plaintiff reserves the right to add additional exhibits as a result of opposing parties' witness' testimony, to add additional rebuttal exhibits, to add additional exhibits used for impeachment, to withdraw any of the above-mentioned exhibits, and to identify and/or seek admission of exhibits listed by the opposing party.

## **DEFENDANT'S POTENTIAL EXHIBITS**

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 300. | FedEx Ground's Anti-Harassment and Anti-Discrimination Policy (FXG000099-FXG000103)<br><br>**Also currently designated as Plaintiff's Ex. 32 | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 301. | Employee Handbook for FedEx Ground Package Handlers (Washington000048-77) | | | |
| 302. | Employee Handbook Acknowledgement (FXG000008) | | | |
| 303. | Package Handler Attendance Policy (FXG000104-FXG000108)<br><br>**Also currently designated as Plaintiff's Ex. 30 | | | |
| 304. | Complaint for Damages filed by Plaintiff | | | |
| 305. | Plaintiff's Time Detail Report (FXG000031-FXG000050) | | | |
| 306. | Plaintiff's Responses to Defendant FedEx Ground's Special Interrogatories (Set One) | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 307. | 4/23/17 Kaiser Permanente Medical Record | | | |
| 308. | 4/23/17 Kaiser Permanente Work Status Report (Washington000020)<br><br>**Also currently designated as Plaintiff's Ex. 1 | | | |
| 309. | 5/3/17 Kaiser Permanente Medical Record | FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 310. | 5/5/17 Kaiser Permanente Medical Record | (Not probative); FRE 803 (Hearsay) | | |
| 311. | 5/12/17 Kaiser Permanente Medical Record | FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 312. | 5/12/17 Kaiser Permanente Work Status Report (Washington000002-3)<br><br>**Also currently designated as Plaintiff's Ex. 17 | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 313. | 5/15/2017 Dorothy Hecht Center Doctor's Note (Washington000001) | | | |
| 314. | 5/8/2017 Package Handler Documented Discussion (FXG000014)<br><br>**Also currently designated as Plaintiff's Ex. 7 | | | |
| 315. | 5/9/2017 Package Handler Documented Discussion (FXG000013)<br><br>**Also currently designated as Plaintiff's Ex. 13 | | | |
| 316. | 5/10/2017 Package Handler Documented Discussion (FXG000015)<br><br>**Also currently designated as Plaintiff's Ex. 14 | | | |
| 317. | Employee Separation Form (FXG000011) | | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | **Also currently designated as Plaintiff's Ex. 16 | | | |
| 318. | Contact Documentation Log (FXG000016)<br><br>**Also currently designated as Plaintiff's Ex. 23 | | | |
| 319. | California Employee Change in Status Notification (FXG000017)<br><br>**Also currently designated as Plaintiff's Ex. 24 | | | |
| 320. | FedEx Ground EEO Statement (Washington000046) | FRE 402 (Irrelevant); FRE 403 (Not probative); FRE 803 (Hearsay) | | |
| 321. | Paystubs from subsequent employment (Washington000164-186) | | | |
| 322. | Resources ID Manager (Washington000047) | FRE 402 (Irrelevant); FRE 403 (Not probative); | | |

| Exhibit Number | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | FRE 803 (Hearsay) | | |
| 323. | 4/27/2017 E-mail from Melissa Madrid to Alejandro Nunez (FXG000418)<br><br>**Also currently designated as Plaintiff's Ex. 4 | | | |
| 324. | 4/27/2017 E-mail from Melissa Madrid to Alejandro Nunez and Casey Robledo (FXG000419)<br><br>**Also currently designated as Plaintiff's Ex. 5 | | | |

Respectfully Submitted,

DATED: June 1, 2021

**EMPLOYEE JUSTICE LEGAL GROUP, P.C.**

By: /s/Daniel Friedman
    Kaveh S. Elihu, Esq.
    Rhett T. Francisco, Esq.
    Daniel J. Friedman, Esq.
    Attorneys for Plaintiff
    DOMINIQUE WASHINGTON

| | |
|---|---|
| 1 | |
| 2 | DATE: June 1, 2021    FISHER & PHILLIPS LLP |
| 3 | |
| 4 | |
| 5 | By: */s/Sean F. Daley*<br>REGINA A. PETTY |
| 6 | SHAUN J. VOIGT<br>SEAN F. DALEY |
| 7 | Attorneys for Defendant<br>FEDEX GROUND PACKAGE<br>SYSTEM, INC. |

# PROOF OF SERVICE
## (CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 1, 2021, I served the foregoing document entitled **JOINT EXHIBIT LIST** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Kaveh S. Elihu, Esq.<br>EMPLOYEE JUSTICE LEGAL GROUP<br>3055 Wilshire Boulevard, Suite 1120<br>Los Angeles, CA 90010 | Attorney for Plaintiff<br>DOMINIQUE WASHINGTON<br><br>Tel: 213.382.2222<br>Fax: 213.382.2230<br>E-mail: kelihu@ejlglaw.com;<br>dfriedman@ejlglaw.com;<br>hortiz@ejlglaw.com |

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed above.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Express Network, whose business address is 1605 W. Olympic Boulevard, Suite 800, Los Angeles, CA 90015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 1, 2021, at Los Angeles, California.

Mayra Hernandez
Print Name

By: */s/Mayra Hernandez*
Signature

JOINT EXHIBIT LIST

FP 40666955.1