REGINA A. PETTY, SBN 106163
rpetty@fisherphillips.com
SHAUN J. VOIGT, SBN 265721
svoigt@fisherphillips.com
SEAN F. DALEY, SBN 272493
sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES through 20, inclusive,,<br><br>　　　　Defendant. | Case No: 2:19-cv-05226-MCS-KS<br><br>*Hon. Mark C. Scarsi, Courtroom 7C*<br><br>**DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S WITNESS LIST**<br><br>Trial:　　　　July 13, 2021<br>FPTC:　　　　June 21, 2021 at 2:00 p.m.<br>Location:　　United States Courthouse<br>　　　　　　　350 W. First Street<br>　　　　　　　Courtroom 7C, 7th Floor<br>　　　　　　　Los Angeles, CA 90012<br><br>Complaint Filed:　May 14, 2019<br>Trial Date:　　　　July 13, 2021 |

　　　Pursuant to this Court's Order re: Jury Trial (ECF No. 35), Federal Rule of Civil Procedure 16(a)(3) and Local Rule 16-5, Defendant FedEx Ground Package System, Inc. ("Defendant") hereby discloses the following list of potential witnesses who may be called at time of trial. Those witnesses whom Defendant expects to call only if the need arises are designated with an asterisk (*).

1

Defendant reserves the right to amend or supplement this list before 12:00 p.m. (noon) the Friday before trial pursuant to this Court's Order. Defendant also reserves the right to call any of Plaintiff's designated witnesses at trial.

This list is not a representation that any of the witnesses listed are available or will appear for trial. If any witness is unavailable, Defendant reserves the right to use his or her deposition testimony (where available).

Defendant further reserves the right to call any additional witness necessitated by any of the Court's rulings on pretrial or trial rulings. In addition, Defendant reserves the right to call, either live or by deposition, (i) additional witnesses to provide foundational testimony should any Party contest the authenticity or admissibility of any material proffered at trial; (ii) substitute witnesses for any identified witness whose employment or other relationship with FedEx Ground Package System, Inc. changes such that he or she is no longer able, available or willing to testify at trial; (iii) witnesses called by the other party at trial; and/or (iv) additional witnesses to respond to issues raised after submission of this list, such as for rebuttal or impeachment.

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Dominique Washington | Plaintiff, percipient witness to claims | 1 | 2 | |
| Casey Robledo<br><br>554 East Howard Street, Pasadena, CA 91104<br><br>(626) 255-0008 | Plaintiff's supervisor, percipient witness to events leading up to Plaintiff's termination | 1 | 0.75 | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Alejandro Nunez<br><br>7475 Shoshone Avenue, Van Nuys, CA 91406<br><br>(213) 200-9071 | Mr. Robledo's supervisor, percipient witness to events leading up to Plaintiff's termination | 0.5 | 0.5 | |
| Melissa Madrid<br><br>1125 East 70th Street, Long Beach, CA 90805<br><br>(626) 438-7151 | Operations manager at Santa Fe Springs station similar to Mr. Robledo, percipient witness to events leading up to Plaintiff's termination | 1 | 0.5 | |
| Matt Scianni<br><br>9602 Nan Street, Pico Rivera, CA 90660<br><br>(562) 922-2072 | Plaintiff's supervisor prior to Mr. Robledo, percipient witness to Plaintiff's employment up to mid-April 2017 | 0.5 | 0.5 | |
| Eva Rodriguez<br><br>5418 MacIntosh Drive, Riverside, CA 92507<br><br>(626) 941-8836 | Human Resources Business Partner for Santa Fe Springs station, percipient witness to Plaintiff's termination paperwork | 0.75 | 0.5 | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Stephanie Bellamy<br><br>163rd Street, Apt. D, Gardena, CA 90247<br><br>(310) 612-3685 | Human Resources Business Partner, Defendant's Rule 30(b)(6) witness regarding Defendant's policy and procedures regarding attendance, leaves of absence and termination | 1 | 0.5 | |
| Jeff Tilley<br><br>321 East Taft, Orange, CA 92865<br><br>(714) 469-0429 | Assistant senior manager, Mr. Nunez's direct supervisor, percipient witness to Plaintiff's termination paperwork | 0.5 | 0.5 | |
| Lorena Quinonez<br><br>24818 Eshelman Avenue, Lomita, CA 90717 | Office administrator for the Santa Fe Springs station, percipient knowledge regarding times when Plaintiff called out from work | 0.5 | 0.5 | |

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Francine B. Kulick, Ph. D.*<br><br>2530 Wilshire Blvd., Third Floor, Santa Monica, CA 90403<br><br>(310) 424-1417;<br><br>fkulickphd@aol.com | Rebuttal expert witness, licensed psychologist to rebut the expert testimony, report and opinions offered by Plaintiff's experts, including but not limited to Anthony E. Reading, Ph.D. | 0.75 | | |
| Dr. David Fractor*<br><br>3452 East Foothill Blvd., Suite 220, Pasadena 91107<br><br>(626) 744-3540<br><br>dfractor@rule26.com | Rebuttal expert witness, licensed psychologist to rebut the expert testimony, report and opinions offered by Plaintiff's experts, including but not limited to Tamorah Hunt, Ph.D. | 0.75 | | |

DATE: June 1, 2021                    FISHER & PHILLIPS LLP


By: /s/Sean F. Daley
    REGINA A. PETTY
    SHAUN J. VOIGT
    SEAN F. DALEY
    Attorneys for Defendant
    FEDEX GROUND PACKAGE
    SYSTEM, INC.

# PROOF OF SERVICE
## (CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 1, 2021, I served the foregoing document entitled **DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.'S WITNESS LIST** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Kaveh S. Elihu, Esq.<br>EMPLOYEE JUSTICE LEGAL GROUP<br>3055 Wilshire Boulevard, Suite 1120<br>Los Angeles, CA 90010 | Attorney for Plaintiff<br>DOMINIQUE WASHINGTON<br><br>Tel: 213.382.2222<br>Fax: 213.382.2230<br>E-mail: kelihu@ejlglaw.com;<br>dfriedman@ejlglaw.com;<br>hortiz@ejlglaw.com |

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed above.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Express Network, whose business address is 1605 W. Olympic Boulevard, Suite 800, Los Angeles, CA 90015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 1, 2021, at Los Angeles, California.

Mayra Hernandez
Print Name

By: */s/Mayra Hernandez*
Signature