Kaveh S. Elihu, Esq. (SBN 268249)
Rhett T. Francisco, Esq. (SBN 232749)
Daniel J. Friedman, Esq. (SBN 289670)
EMPLOYEE JUSTICE LEGAL GROUP, P.C.
3055 Wilshire Boulevard, Suite 1120
Los Angeles, California 90010
Telephone: (213) 382-2222
Facsimile: (213) 382-2230

Attorneys for Plaintiff,
DOMINIQUE WASHINGTON

REGINA A. PETTY, SBN 106163
rpetty@fisherphillips.com
SHAUN J. VOIGT, SBN 265721
svoigt@fisherphillips.com
SEAN F. DALEY, SBN 272493
sdaley@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DOMINIQUE WASHINGTON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-05226-MCS-(KSx)<br>Removed from Los Angeles Superior Court Action No. 19STCV16767<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br><u>Final Pre-Trial Conference</u><br>Date: June 21, 2021<br>Time: 2:00 p.m.<br>Dept: 7C<br><br>Action filed: May 14, 2019<br>Trial date: July 13, 2021 |

# JOINT STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's November 20, 2020, Order Re: Jury Trial (Dkt. No. 35), Plaintiff Dominique Washington and Defendant FedEx Ground Package System, Inc. (collectively the "Parties") submit this joint report regarding settlement.

On January 30, 2020, the Parties attended private mediation with the Hon. Jay C. Gandhi (Ret.), a respected mediator with Judicial Arbitration & Mediation Services (JAMS), but the case did not resolve. The Parties have discussed potential settlement subsequent to the mediation session with Judge Gandhi, but as of the filing of the instant Joint Report have not been able to negotiate a resolution of the action.

Respectfully Submitted,

DATED: June 1, 2021                 EMPLOYEE JUSTICE LEGAL GROUP, P.C.

By: /s/Daniel Friedman
Kaveh S. Elihu, Esq.
Rhett T. Francisco, Esq.
Daniel J. Friedman, Esq.
Attorneys for Plaintiff
DOMINIQUE WASHINGTON

DATE: June 1, 2021                  FISHER & PHILLIPS LLP

By: /s/Sean F. Daley
REGINA A. PETTY
SHAUN J. VOIGT
SEAN F. DALEY
Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

# PROOF OF SERVICE
## (CCP § 1013(a) and 2015.5)

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On June 1, 2021, I served the foregoing document entitled **JOINT STATUS REPORT REGARDING SETTLEMENT** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Kaveh S. Elihu, Esq.<br>EMPLOYEE JUSTICE LEGAL GROUP<br>3055 Wilshire Boulevard, Suite 1120<br>Los Angeles, CA 90010 | Attorney for Plaintiff<br>DOMINIQUE WASHINGTON<br><br>Tel: 213.382.2222<br>Fax: 213.382.2230<br>E-mail: kelihu@ejlglaw.com;<br>dfriedman@ejlglaw.com;<br>hortiz@ejlglaw.com |

☒ **[by ELECTRONIC SERVICE]** - Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification address listed above.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Express Network, whose business address is 1605 W. Olympic Boulevard, Suite 800, Los Angeles, CA 90015.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 1, 2021, at Los Angeles, California.

| Mayra Hernandez | By: /s/Mayra Hernandez |
|---|---|
| Print Name | Signature |