UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   2:19-cv-05226-MCS-KS              Date   August 2, 2021

Title   *Dominique Washington v. FedEx Ground Package System, Inc. et al*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):     Attorney(s) Present for Defendant(s):

Daniel J. Friedman

Regina A. Petty
Sean F. Daley
Shaun J. Voight

**Proceedings:  Final Pretrial Conference; Plaintiff's Motion in Limine ("MIL')
to Preclude: (#1) Reference to Allegations that Plaintiff Obtained
Two Pregnancy (ECF No. 36); (#2) Defendant from Mentioning
that Washington Terminated a Subsequent Pregnancy Five
Months After (ECF No. 37); (#3) [to Exclude] Defendant's
Psychological Expert's Report and Testimony Based Thereon for
Failure to Conduct a Defense Medical Examination (ECF No. 38);
Reference to Allegations of Street Drug Use by Plaintiff (ECF No.
39); Defendant's MIL to: (No. 1) Bifurcate Punitive Damages
from Liability and Exclude All Argument and Evidence
Regarding Reference to Defendants Profits or Financial Condition
in Front of Jury (ECF No. 42); and (No. 2) Exclude Testimony
Regarding the Religious Beliefs of Third-Party Witnesses (ECF
No. 43)**

The final pretrial conference is held. The Court states its tentative views on the motions in limine.  Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

The Court orders the parties to meet and confer and then submit revised proposed jury instructions, verdict form, and voir dire questions. The court adjusts the trial estimate to three days with each side allotted nine hours.

IT IS SO ORDERED.